| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Henderson, Karen L | 2. Court or Organization US Circuit Court of Appeals | 3. Date of Report 05/15/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Court Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| | 5b. ☐ Amended Report | |
| 7. Chambers or Office Address US Courthouse, Room 3118 333 Constitution Avenue, NW Washington, DC 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2005 MAY 2 P 3: 03 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 05/15/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]   NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 05/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wachovia Bank Acccount | A | Interest | J | T | | | | | |
| 2. Suntrust Bank Accounts | A | Interest | L | T | | | | | |
| 3. Allis Chalmers Energy Inc.: Common | | None | J | W | | | | | |
| 4. Citigroup Account Contains: | | | | | | | | | |
| 5. **Municipal Money Market Fund Cl A | A | Dividend | J | T | | | | | |
| 6. **Bell South Corp.: Common | A | Dividend | K | T | | | | | |
| 7. **AT&T Inc. | | None | J | T | Merger | 11/18 | J | | See VIII |
| 8. **SBC Communications Inc.: Common | A | Dividend | | | Merger | 11/18 | J | | See VIII |
| 9. **Lucent Technologies, Inc.: Common | | None | J | T | | | | | |
| 10. **NCR Corp: Common | | None | J | T | | | | | |
| 11. **Avaya Inc.: Common | | None | J | T | | | | | |
| 12. **Agere Systems Inc. | | None | J | T | Merger | 05/27 | J | | See VIII |
| 13. **Agere Systems Inc. Class A: Common | | None | | | Sell | 05/27 | J | | |
| 14. **Agere Systems Inc. Class B: Common | | None | | | Merger | 05/27 | J | | See VIII |
| 15. **International Business Machines: Common | A | Dividend | J | T | | | | | |
| 16. IRA CD: Wachovia Bank | A | Interest | J | T | | | | | |
| 17. IRA: Citigroup Contains: | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 ●=Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. **Bell South Corp.: Common | A | Dividend | K | T | | | | | |
| 19. **AT&T Inc.: Common | | None | K | T | Merger | 11/18 | K | | See VIII |
| 20. **SBC Communications Inc.: Common | B | Dividend | | | Merger | 11/18 | K | | See VIII |
| 21. **Citigroup Inc.: Common | B | Dividend | L | T | | | | | |
| 22. **Lucent Technologies Inc.: Common | | None | J | T | | | | | |
| 23. **Intl Business Machines Corp.: Common | A | Dividend | K | T | | | | | |
| 24. **NCR Corp.: Common | | None | J | T | | | | | |
| 25. **Avaya Inc.: Common | | None | J | T | | | | | |
| 26. **Citigroup Cash Accounts | B | Interest | K | T | | | | | |
| 27. **Agere Systems Inc. | | None | J | T | Merger | 05/27 | J | | See VIII |
| 28. **Agere Systems Inc. Class A: Common | | None | | | Sell | 05/27 | J | | |
| 29. **Agere Systems Inc. Class B: Common | | None | | | Merger | 05/27 | J | | See VIII |
| 30. **St. Paul Travelers Co.: Common | A | Dividend | J | T | | | | | |
| 31. Merrill Lynch Account Contains: | | | | | | | | | |
| 32. **Federal Signal Corp.: Common | B | Dividend | L | T | | | | | |
| 33. **Schlumberger Ltd: Common | B | Dividend | M | T | | | | | |
| 34. **Electronic Data Systems Corp.: Common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. **South Carolina State Budget Cntl 4.95% | B | Interest | L | T | | | | | |
| 36. **South Carolina State Budget Cntl 4.85% | B | Interest | | | Redeemed | 02/01 | K | | |
| 37. **Chester SC Met Dist Wtr Rev 4.7% | B | Interest | L | T | | | | | |
| 38. **Spartanburg Co SC School District 5 5.3% | A | Interest | | | Redeemed | 07/01 | J | | |
| 39. **Horry County SC School District Series A 5.0% | A | Interest | | | Redeemed | 03/01 | K | | |
| 40. **Hilton Head Pub Svc Dist #1 SC 5.3% | B | Interest | | | Redeemed | 08/01 | K | | |
| 41. **Myrtle Beach SC Ctfs Partn Con Ctr 4.4% | C | Interest | | | Redeemed | 07/01 | L | | |
| 42. **Myrtle Beach SC Ctfs Partn Con Ctr 4.5% | B | Interest | L | T | | | | | |
| 43. **Rock Hill SC Util Sys RV 4.4% | B | Interest | K | T | | | | | |
| 44. **Piedmont Muncipal Power Agency SC 5.25% | A | Interest | J | T | | | | | |
| 45. **South Carolina Jobs EDA Hosp Facs Rev A Rf Ambac 5.1% | A | Interest | | | Redeemed | 08/01 | J | | |
| 46. **North Charleston SC Cop Imp-Coliseum RF OID 5.0% | B | Interest | L | T | | | | | |
| 47. **Covina-Valley CA Uni Sch DT Election 3.0% | A | Interest | L | T | Buy | 08/25 | L | | |
| 48. **SC Transn Infrastr Rev 5.0% | A | Interest | K | T | Buy | 08/15 | K | | |
| 49. **Marlboro Cnty SC SD Rf Sch 2.9% | | None | M | T | Buy | 11/29 | M | | |
| 50. **Lexington Cnty SC SD #001 3.0% | A | Interest | J | T | Buy | 08/04 | J | | |
| 51. **Spartanburg SC Pub Facs Corp 4.0% | A | Interest | K | T | Buy | 08/02 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. **South Carolina St Hwy 4.6% | A | Interest | K | T | Buy | 08/02 | K | | |
| 53. **Easley SC Util Rev Comb 4.0% | A | Interest | K | T | Buy | 08/25 | K | | |
| 54. **Laurens Co SC Wtswc WDSR 3.0% | | None | J | T | Buy | 09/09 | K | | |
| 55. **Berkeley Cnty SC Sch Dist. 5.75% | | None | K | T | Buy | 08/02 | K | | |
| 56. **Clemson Univ SC Unv Revs Plant Impt Fee Rf 4.15% | A | Interest | | | Redeemed | 05/02 | K | | |
| 57. **SC Transn Infrastr Rev 5.0% | | None | M | T | Buy | 10/11 | M | | |
| 58. **Columbia SC Wtrwrks & Swr RFDG OID 5.2% | A | Interest | | | Redeemed | 02/01 | J | | |
| 59. **South Carolina St cap Impt Rfdg OID 5.2% | A | Interest | | | Redeemed | 03/01 | K | | |
| 60. **Easley SC Util Rev Comb FSA 3.0% | A | Interest | J | T | | | | | |
| 61. **Horry County SC Sch Dist OID 5.6% | B | Interest | | | Redeemed | 01/03 | K | | |
| 62. **SC Jobs-EDA Hsp Fcs 5.0% | A | Interest | K | T | Buy | 08/12 | K | | |
| 63. **New York State TWY Auth Gen Rev OID 6.0% | B | Interest | | | Redeemed | 01/03 | L | | |
| 64. **New York Urbn Dev Crp Rev Cap Sr 5.5% | B | Interest | | | Redeemed | 01/03 | L | | |
| 65. **Berkeley Co SC Sch Dist 4.7% | | None | K | T | Buy | 08/09 | K | | |
| 66. **Beaufort Cnty SC OID 2.875% | | None | L | T | Buy | 08/08 | L | | |
| 67. **South Carolina St Hwy 5.0% | | None | L | T | Buy | 07/29 | L | | |
| 68. **South Carolina St Hwy 5.0% | | None | L | T | Buy | 08/02 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. **North Charleston SC CTS 5.125% | A | Interest | K | T | Buy | 08/25 | K | | |
| 70. **South Carolina Transn Infra Ser 5.1% | A | Interest | L | T | Buy | 08/25 | L | | |
| 71. **Halliburton Co.: Common | A | Dividend | K | T | | | | | |
| 72. **Transocean Inc.: Common | | None | L | T | Buy | 07/29 | L | | |
| 73. **Merrill Lynch Cash Accounts | E | Interest | M | T | | | | | |
| 74. **Delhaize Group Spons Adr: Common | A | Dividend | J | T | | | | | |
| 75. **El Paso Corporation: Common | A | Dividend | K | T | | | | | |
| 76. **Valhi Inc.: Common | A | Dividend | J | T | | | | | |
| 77. **DirecTV Group Inc.: Common | | None | J | T | | | | | |
| 78. **News Corp Ltd: Common | A | Dividend | J | T | | | | | |
| 79. **CD: Doral Bank Catano 1.5% | B | Interest | | | Redeemed | 01/21 | L | | |
| 80. **CD: Farmers First Bank | A | Interest | | | Redeemed | 01/14 | L | | |
| 81. South Carolina St Hsg Dev 5.5% | A | Interest | | | Redeemed | 07/01 | J | | |
| 82. Merrill Lynch IRA Contains: | | | | | | | | | |
| 83. **BellSouth: Common | A | Dividend | J | T | | | | | |
| 84. **Lucent Technologies Inc.: Common | | None | J | T | | | | | |
| 85. **Avaya Inc.: Common | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | ● =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. **Agere Systems Inc.: Common | | None | J | T | Merger | 05/27 | J | | See VIII |
| 87. **Agere Systems Inc. Class A: Common | | None | | | Merger | 05/27 | J | | See VIII |
| 88. **Agere Systems Inc. Class B: Common | | None | | | Merger | 05/27 | J | | See VIII |
| 89. **Merrill Lynch Cash Accounts | C | Dividend | M | T | | | | | |
| 90. **CD: Athens First Bank | A | Interest | | | Sold | 06/27 | K | | |
| 91. **CD: E*Trade Bank 1.45% | B | Interest | | | Sold | 01/14 | L | | |
| 92. **CD: American National Bank | A | Interest | | | Sold | 06/07 | K | | |
| 93. Wachovia Rollover IRA Contains: | | | | | | | | | |
| 94. **Evergreen Prime Cash Fund | E | Interest | O | T | | | | | |
| 95. The Black & Decker Corp.: Common | A | Dividend | K | T | | | | | |
| 96. Bank America Corp.: Common | E | Dividend | O | T | | | | | |
| 97. The Boeing Co.: Common | C | Dividend | N | T | | | | | |
| 98. Campbell Soup Co.: Common | C | Dividend | M | T | | | | | |
| 99. Colgate-Palmolive Co.: Common | D | Dividend | N | T | | | | | |
| 100. Genereal Electric Co.: Common | E | Dividend | P1 | T | | | | | |
| 101. Delphi Automotive: Common | A | Dividend | J | T | | | | | |
| 102. General Motors Corp.: Common | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. The Goodyear Tire & Rubber Co.:Common | | None | K | T | | | | | |
| 104. IBM Corp.: Common | B | Dividend | M | T | | | | | |
| 105. Exxon-Mobil Corp.: Common | D | Dividend | N | T | | | | | |
| 106. El Paso Energy: Common | A | Dividend | L | T | | | | | |
| 107. Pfizer Co.: Common | D | Dividend | N | T | | | | | |
| 108. Solutia Inc.: Common | | None | J | T | | | | | |
| 109. Marathon Group: Common | B | Dividend | M | T | | | | | |
| 110. Seibels Bruce: Common | | None | | | Sold | 03/01 | J | A | |
| 111. Morgan Stanley: Common | A | Dividend | K | T | | | | | |
| 112. Sears, Inc.: Common | | None | | | Merger | 03/24 | | | See VIII |
| 113. Sears Holdings Corporation: Common | A | Dividend | K | T | Merger | 03/24 | | | See VIII |
| 114. Monsanto: Common | A | Dividend | M | T | | | | | |
| 115. Raytheon Co.: Common | A | Dividend | J | T | | | | | |
| 116. Chevron Corporation: Common | C | Dividend | M | T | | | | | See VIII |
| 117. The Allstate Group: Common | A | Dividend | K | T | | | | | |
| 118. Weyerhaeuser Co.: Common | C | Dividend | L | T | | | | | |
| 119. US Steel Group: Common | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Springtree Associates Partnership: 1% Interest | B | Rent | J | W | | | | | |
| 121. Wachovia Bank Accounts: | D | Interest | M | T | | | | | |
| 122. CD: Bank of America | B | Interest | L | T | | | | | |
| 123. CD: Carolina First | B | Interest | M | T | | | | | |
| 124. CD: NBSC | B | Interest | M | T | | | | | |
| 125. Minnesota Mutual Life Insurance Policy | B | Dividend | L | T | | | | | |
| 126. John Hancock Life Insurance Policy | A | Dividend | J | T | | | | | |
| 127. Merrill Lynch SEP Contains: | | | | | | | | | |
| 128. **CD: First USA Bank | B | Interest | | | Redeemed | 06/07 | K | | |
| 129. **CD: MBNA America Bank | A | Interest | | | Redeemed | 01/31 | L | | |
| 130. **CD: E-Trade Bank | A | Interest | | | Redeemed | 01/14 | K | | |
| 131. **Merrill Lynch SEP Cash Accounts | C | Dividend | M | T | | | | | |
| 132. **Chevron Corp: Common | B | Dividend | L | T | Buy | 07/29 | M | | |
| 133. Wachovia Bank Trust Contains: | | | | | | | | | |
| 134. **Valiant Tax-Exempt Money Market Fund | A | Interest | J | T | | | | | |
| 135. **Evergreen SC Municipal Bond Fund Class I | D | Dividend | M | T | | | | | |
| 136. **Evergreen Large Cap Equity Fund Class I | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Wachovia Brokerage Account Contains: | | | | | | | | | |
| 138. **US Treasury Bill Due 07/21/2005 | D | Interest | | | Buy | 01/18 | O | | |
| 139. | | | | | Redeemed | 07/21 | O | | |
| 140. **US Treasury Bill Due 01/06/05 | D | Interest | | | Redeemed | 01/06 | O | | |
| 141. **US Treasury Bill Due 02/02/2006 | | None | O | T | Buy | 08/01 | O | | |
| 142. **US Treasury Bill Due 02/17/05 | D | Interest | | | Redeemed | 02/17 | O | | |
| 143. **US Treasury Bill Due 08/08/2005 | D | Interest | | | Buy | 03/07 | O | | |
| 144. | | | | | Redeemed | 08/18 | O | | |
| 145. **US Treasury Bill Due 02/23/2006 | | None | O | T | Buy | 08/22 | O | | |
| 146. **SI Bank & Trust CD Staten Island NY 08/15/2005 | B | Interest | | | Redeemed | 08/15 | L | | |
| 147. IRA: Citigroup Contains: | | | | | | | | | |
| 148. **Citigroup Cash Account | A | Interest | J | T | | | | | |
| 149. **Lucent Technologies Inc.: Common | | None | J | T | | | | | |
| 150. **Avaya Inc.: Common | | None | J | T | | | | | |
| 151. **Agere Systems Inc.: Common | | None | J | T | Merger | 05/27 | J | | See VIII |
| 152. **Agere Systems Inc. Class B: Common | | None | | | Merger | 05/27 | J | | See VIII |
| 153. **Citigroup Inc.: Common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Henderson, Karen L | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. **St. Paul Travelers Co.: Common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Page 4, Line 7 & 8: SBC Communications & AT&T Inc. merged on November 18, 2005. The new company will be known as AT&T Inc.

Page 4, Line 12 & 14: On May 27, 2005, Agere Systems Inc. reclassified the Class A common stock and Class B common stock into a new, single class of common stock and effected a 1-for-10 reverse stock split.

Page 5, Line 19 & 20: SBC Communications and AT&T Inc. merged on November 18, 2005. The new company will be known as AT&T Inc.

Page 5, Line 27 & 29: On May 27, 2005, Agere Systems Inc. reclassified the Class A common stock and Class B common stock into a new, single class of common stock and effected a 1-for-10 reverse stock split.

Page 9, Line 86, 87 & 88: On May 27, 2005, Agere Systems Inc. reclassified the Class A common stock and Class B common stock into a new, single class of common stock and effected a 1-for-10 reverse stock split.

Page 10, Line 112 & 113: The merger of Kmart and Sears as Sears Holdings Corporation closed on March 24, 2004.

Page 10, Line 116: The merger of Chevron and Texaco occured on October 9, 2001. After this merger, the company's name was ChevronTexaco Corporation. As of May 9, 2005, the company changed its name to Chevron Corporation. On September 10, 2004 there was a 2-for-1 stock split of the ChevronTexaco stock. This was inadvertantly not reported on the 2004 Financial Disclosure Report.

Page 12, Line 151 & 152: On May 27, 2005, Agere Systems Inc. reclassified the Class A common stock and Class B common stock into a new, single class of common stock and effected a 1-for-10 reverse stock split.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Sign                                                                Date  5/15/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544